**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, PHILADELPHIA COUNTY COURT OF COMMON PLEAS, | : No. 65 EM 2023 |
| | : |
| | : |
| | : |
| Respondents | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| RICHIE E. SMITH, | : |
| | : |
| Petitioner | : |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2024, the "King's Bench Application; Petition for Extraordinary Relief" is DENIED.

    Justice McCaffery did not participate in the consideration or decision of this matter.